On respondent's petition for reconsideration filed May 5, reconsideration allowed; former disposition (167 Or App 156, 999 P2d 1215) withdrawn; judgment reversed in part; otherwise affirmed May 31, petition for review denied August 1, 2000
(330 Or 470)

## STATE OF OREGON,
### *Respondent,*

*v.*

## THOMAS EVAN PEED,
### *Appellant.*

### (97CR0115; CA A101254)

4 P3d 82

Ann Farmer Kelley, Assistant Attorney General, and Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General, Salem, for petition.

Before Edmonds, Presiding Judge, and Deits, Chief Judge,* and Armstrong, Judge.

PER CURIAM

* Deits, C. J., *vice* Ceniceros, S. J.

## PER CURIAM

The state petitions for reconsideration of our opinion in this case, in which we reversed defendant's convictions on counts 1 and 2 of the indictment, based on our understanding of the state's confession of error. It asserts that it in fact confessed error as to count 7, not counts 1 and 2. The state is correct. Our error was made in reading the state's concession. Defendant's first and second assignments of error concerned count 7, and the state confessed error as to that count, in its "ANSWER TO ASSIGNMENTS OF ERROR No. 1 & 2."

Reconsideration allowed; former disposition withdrawn; judgment of conviction and sentence on count 7 reversed; otherwise affirmed.